UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

   against,

SHERIEKA SMALLING,

   Defendant.

-----------------------------------------------------------X

Ind. No. 12 CR 61 (JBW)

**<u>NOTICE OF MOTION</u>**

SIRS or MADAMS:

   PLEASE TAKE NOTICE, that upon the attached declarations of Ms. Sherieka Smalling and Mr. Kwan Miller,[1] the attached memorandum of law, and the prior proceedings herein, the undersigned will move the United States District Court for the Eastern District of New York on the 30th day of April, at 9:30 o'clock in the forenoon of that day, or as soon thereafter as counsel can be heard, for an Order granting the following:

  I. Motion to Sever Sherieka Smalling's Trial from that of Kwan Miller Pursuant to Ms. Smalling's Fifth Amendment Right to Due Process of Law, Sixth Amendment Right to Compulsory Process and Rule 14(a) of the Federal Rules of Criminal Procedure;

  II. Motion for a bench trial, rather than a jury trial, pursuant to Rule 23(a)(1) of the Federal Rules of Criminal Procedure;

  III. Motion to Reserve Defendant's Right to Supplement These Motions or Make Further Motions;

And for such other and further relief as this Court may deem just and proper.

---

[1] Mr. Kwan Miller has promised to provide a declaration in support of this motion, but is awaiting his counsel's review of some of the e-mails provided to counsel in the government's Rule 16 discovery disclosures. Mr. Miller's declaration will be submitted as soon as it becomes available.

Dated: New York, New York
April 12, 2012

Yours, etc.

The Law Offices of Scott L. Fenstermaker, P.C.
Attorney for Sherieka Smalling
100 Park Avenue, 16th Floor
New York, New York 10017
(212) 302-0201 (Phone)
(917) 817-9001 (Cell)
(212) 302-0327 (Facsimile)
scott@fenstermakerlaw.com

By: *Scott L. Fenstermaker*
Scott L. Fenstermaker, Esq.

TO: AUSA Douglas M. Pravda
Office of the United States Attorney
225 Cadman Plaza East
Brooklyn, New York 11201

AUSA Tyler J. Smith
Office of the United States Attorney
225 Cadman Plaza East
Brooklyn, New York 11201

Clerk of the Court
United States District Court
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Chambers of the Honorable Jack B. Weinstein
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201